42-08/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMPROS LINES SHIPPING CO. SP. S.A.,

08 CV 1319

                    Plaintiff,

  -against-

**RULE 7.1 STATEMENT**

TRICOAL (PTY) LTD.,
                   Defendant.
-----------------------------------------------------------x

    The Plaintiff, EMPROS LINES SHIPPING CO. SP. S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       February 8, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                EMPROS LINES SHIPPING CO. SP. S.A.,

                By: _____
                            Peter J. Gutowski (PG 2200)
                            Pamela L. Schultz (PS 8675)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Facsimile: (212) 425-1901